IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-419-JLK**

**TERESA GREEN,**

    Plaintiff,

v.

**ALLIED INTERSTATE, INC., a Minnesota corporation,**

    Defendant.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

The Motion to Consolidate Scheduling Conferences and Settlement Conferences, etc. (doc. #4), filed April 21, 2009, is **DENIED**. Judge Kane does not refer matters to a magistrate judge unless and until there is a specific request for an order of reference for settlement. The Scheduling Conference, which will be before Judge Kane, will be set by separate minute order. Please review Judge Kane's Pretrial and Trial Procedures Memorandum, and take note of his requirements regarding D.C.COLO.LCivR 7.1A.

---

Dated:  April 22, 2009