IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00419-JLK-KLM

TERESA GREEN,

   Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

   Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant's **Motion to Attend Settlement Conference by Telephone** [Docket No. 12; Filed July 14, 2009] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  Absent a showing of very good cause, the Court requires all parties to appear in person at the first Court-supervised settlement conference in all civil cases.  No such showing has been made here.  Of course, in order to avoid travel costs, the parties are free to discuss settlement by telephone prior to the Court-supervised settlement conference.

Dated:  July 15, 2009